**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EARNEST L. PEARCE, ) | NO. 1:09-CV-01421-AWI-SMS |
| ) | |
| Plaintiff, ) | ORDER FOR DISMISSAL OF |
| ) | ACTION WITHOUT PREJUDICE |
| v. ) | |
| ) | |
| LEPRINO FOODS COMPANY, a ) | |
| Colorado corporation, LEPRINO FOODS ) | |
| DAIRY PRODUCTS COMPANY, a ) | |
| Colorado corporation, and DOES 1-100, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to the stipulation of dismissal filed by the parties on November 10, 2009, IT IS HEREBY ORDERED the action is dismissed without prejudice, and Plaintiff shall reimburse Defendants $350.00 in costs. The parties shall bear their own attorneys' fees and any other court costs.

IT IS SO ORDERED.

**Dated:   November 12, 2009**            /s/ Anthony W. Ishii
                                                         CHIEF UNITED STATES DISTRICT JUDGE